JANET K. BERNHARD ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF WESTPORT ET AL. (11274)

DALY, O'CONNELL and FOTI, Js.

Argued February 8—decision released March 2, 1993

*Christopher J. Smith,* for the appellants (plaintiffs).

*Leo Nevas,* with whom, on the brief, was *Jamie K. Gerard,* for the appellees (defendants 300 Post Road West Associates et al.).

*Patricia E. Curtin,* for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.